# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| | (For a Petty Offense) — Short Form |
| v. | CITATION NUMBER: 15-mj-07018-MJW |
| BRENDAN D DANIELS | CJA: JASON KINNAIRD |

**THE DEFENDANT:** Pleaded guilty to count(s) 1 of the Information(s).

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 13; C.R.S. § 42-4-1301(1)(b) | DRIVING WHILE ABILITY IMPAIRED BY ALCOHOL, DRUGS OR BOTH | 09/13/2015 | 1 |

Defendant sentenced to: two (2) days incarceration, with two (2) days suspended; six (6) months unsupervised probation; must complete a Level 1 Drug and Alcohol Awareness Class and complete within six months; must complete twenty-four (24) hours of community service two (2) hours must be through M.A.D.D-must complete within six months; must provide proof of class and community service to government, must pay fine of $200/10 to be paid by 3/15/2016. Defendant shall not commit any new federal, state, or local law violations during the probationary period.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States Attorney.

| | Assessment | Fine | Processing Fee |
|---|---|---|---|
| **Total:** | $10.00 | $200.00 | $0.00 |

1/27/2016
Date of Imposition of Judgment

Signature of Judicial Officer
Craig B. Shaffer, U.S. Magistrate Judge
Name & Title of Judicial Officer

2/2/16
Date